**No. 10-9822. Jorge Galeas, Jr., aka Jorge Gevara, Petitioner v. Richard Neely.**

563 U.S. 1036, 131 S. Ct. 2966, 180 L. Ed. 2d 253, 2011 U.S. LEXIS 4329.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 412 Fed. Appx. 650.

**No. 10-9823. Percival C. Ferris, Petitioner v. Florida.**

563 U.S. 1036, 131 S. Ct. 2966, 180 L. Ed. 2d 253, 2011 U.S. LEXIS 4346.

June 6, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 48 So. 3d 54.

**No. 10-9825. Ronald L. Reed, Petitioner v. Jessica Symmes, Warden.**

563 U.S. 1036, 131 S. Ct. 2966, 180 L. Ed. 2d 253, 2011 U.S. LEXIS 4298.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9829. Myrtle Heade, Petitioner v. Washington Metropolitan Area Transit Authority.**

563 U.S. 1037, 131 S. Ct. 2983, 180 L. Ed. 2d 253, 2011 U.S. LEXIS 4258,

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 10-9833. Raymond DeLeon Martinez, Petitioner v. Texas.**

563 U.S. 1037, 131 S. Ct. 2966, 180 L. Ed. 2d 253, 2011 U.S. LEXIS 4238.

June 6, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 327 S.W.3d 727.

**No. 10-9852. Ricky Lee Earp, Petitioner v. Michael Martel, Acting Warden.**

563 U.S. 1037, 131 S. Ct. 2966, 180 L. Ed. 2d 253, 2011 U.S. LEXIS 4267.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 623 F.3d 1065.

**No. 10-9860. Carl Whitley, Petitioner v. Nevada.**

563 U.S. 1037, 131 S. Ct. 2967, 180 L. Ed. 2d 253, 2011 U.S. LEXIS 4188.

June 6, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

**No. 10-9862. Stephen Michael West, Petitioner v. Tennessee.**

563 U.S. 1037, 131 S. Ct. 2967, 180 L. Ed. 2d 253, 2011 U.S. LEXIS 4261.

June 6, 2011. Petition for writ of certiorari to the Supreme Court of Tennessee, Eastern Division, denied.